IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  |
|---|---|---|
| MARTHA WARREN, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:10cv554-MHT |
| | ) | (WO) |
| LIFE INSURANCE COMPANY | ) | |
| OF NORTH AMERICA, | ) | |
| | ) | |
|    Defendant. | ) | |

### JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 14), it is the ORDER, JUDGMENT, and DECREE of the court that this cause and all claims contained therein are dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 22nd day of October, 2010.

                                   /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE